# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-cr-00039-RCJ-WGC |
| Plaintiff, | |
| v. | **ORDER GRANTING CONTINUANCE** |
| KRISTOPHER JOHNSON, | |
| Defendants. | |

Pursuant to the Court's Order (ECF No. 29), the parties hereby furnish the following joint status report. According to the Court's Order, the "parties are directed to file a status report no later than 12:00 noon on Wednesday, April 8, 2020, (1) to advise whether the defendant consents to proceed with the felony plea or sentencing hearing, as scheduled but using video conferencing, and, (2) to explain why the sentencing cannot be further delayed without serious harm to the interests of justice, or (3) to advise whether the parties agree to a continuance, indicating the maximum length of time."

Mr. Johnson consents to conducting his change of plea hearing using video conferencing and the Court has approved of that arrangement. ECF No. 30 ("To the extent the defendant consents to a Video Change of Plea, IT IS ORDERED that a Video Change of Plea Hearing is

set for Monday, April 13, 2020 at 11:00 AM before Judge Robert C. Jones."). Defense counsel has contacted the Courtroom Administrator as directed and coordinated the details of Mr. Johnson's video appearance. At this time, however, counsel cannot identify any reason why the change of plea cannot be further delayed without serious harm to the interests of justice. *See* ECF No. 29. To the extent the Court finds that there is no reason why the hearing cannot be further delayed, the parties would suggest a continuance of no greater than four months from today's date. If the Court so determines, the government will file a motion to continue or a stipulation to continue with the defendant's consent.

Jury trial remains scheduled for April 13, 2020, the same date that Mr. Johnson's change of plea hearing is scheduled to take place. To the extent the Court believes the change of plea hearing should be continued, Mr. Johnson would consent to vacating the jury trial and continuing the jury trial to a date to coincide with his continued change of plea hearing.

## ORDER

In light of the Joint Status Report (ECF No. 31),

IT IS HEREBY ORDERED that the Court finds that there is no reason why the Change of Plea hearing set for Monday, April 13, 2020 at 11:00 A.M. cannot be delayed and GRANTS the parties request for continuance of no greater than four months.

IT IS FURTHER ORDERED that on or before 12:00 P.M, Friday, April 10, 2020, the parties shall file a stipulation for continuance with defendant's consent, VACATING the Change of Plea currently set for 11:00 A.M., Monday, April 13, 2020.

IT IS FURTHER ORDERED that the Calendar Call and Jury Trial will be RESCHEDULED to a Calendar Call set for 10:00 A.M., Monday, August 3, 2020 and Jury Trial for 8:30 A.M., Monday, September 21, 2020, before Judge Robert C. Jones.

IT IS SO ORDERED this 9th day of April, 2020.

_____
ROBERT C. JONES
United States District Judge