NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
MEGAN RACHOW
Assistant United States Attorney
Nevada Bar Number 8231
400 South Virginia Street, Ste. 900
Reno, Nevada 89501
megan.rachow@usdoj.gov
(775) 784-5438

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-00039-RCJ-WGC |
| Plaintiff, | ORDER |
| v. | |
| KRISTOPHER MICHAEL JOHNSON, | |
| Defendant. | |

**ORDER**

Upon the motion of the United States, good cause having been shown,

IT IS HEREBY ORDERED that the order issued January 28, 2021, by the United States Magistrate Judge for the Central District of California, authorizing the release of the defendant, Kristopher Michael Johnson, shall be stayed until further order of this Court, and the defendant shall remain in the custody of the United States Marshal's Service pending further proceedings before this Court on the government's motion to revoke the release order pursuant to Title 18, United States Code, Section 3145;

IT IS FURTHER ORDERED that the United States Marshal's Service shall promptly transport the defendant from the Central District of California to the District of Nevada for such proceedings;

Dated: <u>January 29</u>, 2021.           _____
                                          HON. KENT J. DAWSON
                                          for HON. ROBERT C. JONES
                                          UNITED STATES DISTRICT JUDGE